UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV 20-0421-DSF (MAR)                                         Date: April 5, 2021

Title:   *George Wolfe v. Arizona Custody Probation Compact, et al.*

Present: The Honorable:   MARGO A. ROCCONI, UNITED STATES MAGISTRATE JUDGE

| ERICA VALENCIA | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings: (In Chambers) ORDER TO SHOW CAUSE RE: DIRECTING PETITIONER TO FILE A FIRST AMENDED PETITION OR RESPOND IN WRITING AS TO WHY HE IS UNABLE TO DO SO.**

On November 1, 2019, George Wolfe ("Petitioner"), a non-prisoner proceeding pro se and in forma pauperis, filed a State Habeas Petition in the District of Arizona challenging Petitioner's conviction in Riverside County Superior Court. ECF Docket ("Dkt.") 1. On January 15, 2020, the Petition was transferred to this Court when Petitioner was no longer in physical custody in Arizona.

On January 27, 2021, the Court issued a Minute Order ("Order") requiring Petitioner to file, no later than March 1, 2021, a First Amended Petition after finding the Petition to be deficient in several respects. Dkt. 11. A copy of the Court's Order is attached.

To date, Petitioner has neither filed his First Amended Petition nor communicated with the Court about his case since the Court's January 27, 2021 Order.

Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, an action may be subject to involuntary dismissal if a Petitioner "fails to prosecute or to comply with these rules or a court order." Accordingly, the Court could properly recommend dismissal of the action for Petitioner's failure to timely comply with the Court's January 27, 2021 Order.

However, in the interests of justice, Petitioner is **ORDERED TO SHOW CAUSE**, within **thirty (30) days of the date of this Order (by no later than May 5, 2021),** why the Court should not recommend that this action be dismissed for failure to prosecute. Petitioner may discharge this Order by filing (1) a request for an extension of time to file a First Amended Petition and a declaration signed under penalty of perjury,

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV 20-0421-DSF (MAR)             Date: April 5, 2021

Title:   *George Wolfe v. Arizona Custody Probation Compact, et al.*

explaining why he failed to comply with the Court's January 27, 2021 Order, **or** (2) a First Amended Petition.  Alternatively, if Petitioner does not wish to pursue this action, he may file a signed document entitled "Notice Of Voluntary Dismissal" pursuant to Rule 41(a)(1)(A).

**Petitioner is advised that the failure to timely comply with this order may result in the dismissal of this case pursuant to Fed. R. Civ. P. 41(b) and Local Rule 41-1.**

**IT IS SO ORDERED.**

|  | : |
|---|---|
| **Initials of Preparer** | ev |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-00421-DSF (AS) | Date | January 27, 2021 |
|---|---|---|---|
| Title | George Wolfe v. Arizona (Custody) Probation Compact, et al. | | |

Present: The Honorable  Alka Sagar, United States Magistrate Judge

| Alma Felix | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| N/A | N/A |

**Proceedings:** **(IN CHAMBERS)** ORDER REQUIRING THE FILING OF FIRST AMENDED PETITION

On November 1, 2019, George Wolfe ("Petitioner"), a non-prisoner who is proceeding pro se, filed a "Special Petition for Writ of Remedy by Habeas Corpus" in the United States District Court for the District of Arizona. (Dkt. No. 1). On December 19, 2019, the district court construed the pleading as a a Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254 ("Petition"), granted Petitioner's non-prisoner application to proceed in the district court without prepaying fees or costs, and dismissed the Petition without prejudice and with leave to file an amended habeas petition on the court-approved form within 30 days. (Docket Entry No. 6) . On January 9, 2020, Petitioner filed an "Ex Parte Rule 16 Motion and Clarification. (Docket Entry No. 7) . On January 15, 2020, the district court denied Petitioner's motion as moot and, noting that Petitioner was challenging a conviction in the Superior Court of California, County of Riverside and was no longer in physical custody in Arizona, transferred the Petition to the United States District Court for the Central District of California. (Docket Entry No. 8). The Petition appears to assert a challenge to Petitioner's conviction in Riverside County Superior Court. (See Petition at 8-17; Dkt. No. 1-1 at 1).

Petitioner's pleading is deficient in the following respects:
(1) Petitioner's claim(s) are incomprehensible. The Court is unable to discern what claim(s) Petitioner intends to assert.
(2) It is not clear whether the Central District of California is the proper venue since is not clear in what court Petitioner suffered his conviction;
(3) Petitioner has alleged vague and conclusory "claims," in violation of Fed.R.Civ.P.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-00421-DSF (AS) | Date | January 27, 2021 |
|---|---|---|---|
| Title | George Wolfe v. Arizona (Custody) Probation Compact, et al. | | |

Rule 8(a) and 8(d);

    (4) Petitioner has failed to plainly state "[t]he statutory or other basis for the exercise of jurisdiction by this Court," in violation of Central District Local Rule 8-1 and Fed.R.Civ.P. Rule 8(a);

    (5) It is unclear whether Petitioner has exhausted each and every "claim" alleged in the Petition; and

    (6) Petitioner's claim(s) are noncognizable to the extent that they do not relate to the fact of his confinement. See Preiser v. Rodriguez, 411 U.S. 475, 489 (1973).

    Within thirty (30) days of the date of this Order (by no later than **March 1, 2021**), Petitioner is ORDERED to file a First Amended Petition for Writ of Habeas Corpus by a Person in State Custody, pursuant to 28 U.S.C. § 2254 ("First Amended Petition"), on the proper Central District form (which the Clerk of the Court is directed to provide to Petitioner). The First Amended Petition shall be complete in itself, must not incorporate by reference any other pleading, and should set forth clearly each claim which Petitioner intends to raise in this proceeding and the factual bases for each claim.

    The District of Arizona's December 19, 2019 Order concerning Petitioner's filing of an amended habeas petition (see Docket Entry No. 6 at 1-3) is no longer in effect.

    Petitioner is advised that his failure to comply with the above requirements may result in a recommendation that this action be dismissed for failure to comply with the Court's Order and/or for failure to prosecute pursuant to Fed.R.Civ.P. 41(b). See Pagtalunan v. Galaza, 291 F.3d 639 (9th Cir. 2002)(district court may dismiss habeas petition for failure to obey court order or failure to prosecute).

    **IT IS SO ORDERED**.

|  | 0 : 00 |
|---|---|
| Initials of Preparer | AF |

NAME

PRISON IDENTIFICATION/BOOKING NO.

ADDRESS OR PLACE OF CONFINEMENT

Note: It is your responsibility to notify the Clerk of Court in writing of any change of address. If represented by an attorney, provide his or her name, address, telephone and facsimile numbers, and e-mail address.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CASE NUMBER:

CV _____

To be supplied by the Clerk of the United States District Court

FULL NAME (*Include name under which you were convicted*)

Petitioner,

v.

☐ _____ **AMENDED**

**PETITION FOR WRIT OF HABEAS CORPUS
BY A PERSON IN STATE CUSTODY
28 U.S.C. § 2254**

NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED PERSON HAVING CUSTODY OF PETITIONER

Respondent.

PLACE/COUNTY OF CONVICTION _____
PREVIOUSLY FILED, RELATED CASES IN THIS DISTRICT COURT
(*List by case number*)
CV _____
CV _____

**INSTRUCTIONS - PLEASE READ CAREFULLY**

1. To use this form, you must be a person who either is currently serving a sentence under a judgment against you in a California state court, or will be serving a sentence in the future under a judgment against you in a California state court. You are asking for relief from the conviction and/or the sentence. This form is your petition for relief.

2. In this petition, you may challenge the judgment entered by only one California state court. If you want to challenge judgments entered by more than one California state court, you must file a separate petition for each court.

3. Make sure the form is typed or neatly handwritten. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

4. Answer all the questions. You do not need to cite case law, but you do need to state the federal legal theory and operative facts in support of each ground. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a legal brief or arguments, you may attach a separate memorandum.

5. You must include in this petition all the grounds for relief from the conviction and/or sentence that you challenge. You must also state the facts that support each ground. If you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

6. You must pay a fee of $5.00. If the fee is paid, your petition will be filed. If you cannot afford the fee, you may ask to proceed *in forma pauperis* (as a poor person). To do that, you must fill out and sign the declaration of the last two pages of the form. Also, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account at the institution. If your prison account exceeds $25.00, you must pay the filing fee.

7. When you have completed the form, send the original and two copies to the following address:

   Clerk of the United States District Court for the Central District of California
   United States Courthouse
   ATTN: Intake/Docket Section
   255 East Temple Street, Suite TS-134
   Los Angeles, California 90012

PLEASE COMPLETE THE FOLLOWING (*check appropriate number*):

This petition concerns:
1. ☐ a conviction and/or sentence.
2. ☐ prison discipline.
3. ☐ a parole problem.
4. ☐ other.

# PETITION

1. Venue

    a. Place of detention _____

    b. Place of conviction and sentence _____

2. Conviction on which the petition is based *(a separate petition must be filed for each conviction being attacked).*

    a. Nature of offenses involved *(include all counts)* : _____
    
    _____

    b. Penal or other code section or sections: _____
    
    _____

    c. Case number: _____
    d. Date of conviction: _____
    e. Date of sentence: _____
    f. Length of sentence on each count: _____
    
    _____

    g. Plea *(check one)* :
        ☐ Not guilty
        ☐ Guilty
        ☐ Nolo contendere

    h. Kind of trial *(check one)* :
        ☐ Jury
        ☐ Judge only

3. Did you appeal to the California Court of Appeal from the judgment of conviction?    ☐ Yes    ☐ No

    If so, give the following information for your appeal *(and attach a copy of the Court of Appeal decision if available)*:

    a. Case number: _____
    b. Grounds raised *(list each)* :
        (1) _____
        (2) _____

   (3) _____
   (4) _____
   (5) _____
   (6) _____
 c. Date of decision: _____
 d. Result _____

4. If you did appeal, did you also file a Petition for Review with the California Supreme Court of the Court of Appeal decision?  ☐ Yes  ☐ No

   If so, give the following information *(and attach copies of the Petition for Review and the Supreme Court ruling if available)*:

   a. Case number: _____
   b. Grounds raised *(list each)*:
    (1) _____
    (2) _____
    (3) _____
    (4) _____
    (5) _____
    (6) _____
   c. Date of decision: _____
   d. Result _____

5. If you did not appeal:
   a. State your reasons _____
   _____
   b. Did you seek permission to file a late appeal?  ☐ Yes  ☐ No

6. Have you previously filed any habeas petitions in any state court with respect to this judgment of conviction?
   ☐ Yes  ☐ No

   If so, give the following information for each such petition *(use additional pages, if necessary, and attach copies of the petitions and the rulings on the petitions if available)*:

   a. (1) Name of court: _____
    (2) Case number: _____
    (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

    (4) Grounds raised *(list each)*:

        (a) _____
        (b) _____
        (c) _____
        (d) _____
        (e) _____
        (f) _____

(5) Date of decision: _____

(6) Result _____

_____

(7) Was an evidentiary hearing held?  ☐ Yes  ☐ No

b. (1) Name of court: _____

   (2) Case number: _____

   (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

   (4) Grounds raised *(list each)*:

        (a) _____
        (b) _____
        (c) _____
        (d) _____
        (e) _____
        (f) _____

   (5) Date of decision: _____

   (6) Result _____

_____

   (7) Was an evidentiary hearing held?  ☐ Yes  ☐ No

c. (1) Name of court: _____

   (2) Case number: _____

   (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

   (4) Grounds raised *(list each)*:

        (a) _____
        (b) _____
        (c) _____
        (d) _____
        (e) _____
        (f) _____

  (5) Date of decision: _____

  (6) Result _____
_____

  (7) Was an evidentiary hearing held?   ☐ Yes ☐ No

7. Did you file a petition for certiorari in the United States Supreme Court?   ☐ Yes   ☐ No

  If yes, answer the following:

  (1) Docket or case number (if you know): _____

  (2) Result: _____
_____

  (3) Date of result (if you know): _____

  (4) Citation to the case (if you know): _____

8. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than five grounds. Summarize briefly the <u>facts</u> supporting each ground. For example, if you are claiming ineffective assistance of counsel, you must state facts specifically setting forth what your attorney did or failed to do.

  **CAUTION**:   *Exhaustion Requirement*: In order to proceed in federal court, you must ordinarily first exhaust your state court remedies with respect to each ground on which you are requesting relief from the federal court. This means that, prior to seeking relief from the federal court, you first must present <u>all</u> of your grounds to the California Supreme Court.

 a. Ground one: _____

  (1) Supporting FACTS: _____
_____
_____
_____
_____

  (2) Did you raise this claim on direct appeal to the California Court of Appeal?   ☐ Yes   ☐ No
  (3) Did you raise this claim in a Petition for Review to the California Supreme Court?   ☐ Yes   ☐ No
  (4) Did you raise this claim in a habeas petition to the California Supreme Court?   ☐ Yes   ☐ No

 b. Ground two: _____

  (1) Supporting FACTS: _____
_____

    (2) Did you raise this claim on direct appeal to the California Court of Appeal? ☐ Yes ☐ No
    (3) Did you raise this claim in a Petition for Review to the California Supreme Court? ☐ Yes ☐ No
    (4) Did you raise this claim in a habeas petition to the California Supreme Court? ☐ Yes ☐ No

c. Ground three: _____

    (1) Supporting FACTS: _____

    (2) Did you raise this claim on direct appeal to the California Court of Appeal? ☐ Yes ☐ No
    (3) Did you raise this claim in a Petition for Review to the California Supreme Court? ☐ Yes ☐ No
    (4) Did you raise this claim in a habeas petition to the California Supreme Court? ☐ Yes ☐ No

d. Ground four: _____

    (1) Supporting FACTS: _____

    (2) Did you raise this claim on direct appeal to the California Court of Appeal? ☐ Yes ☐ No
    (3) Did you raise this claim in a Petition for Review to the California Supreme Court? ☐ Yes ☐ No
    (4) Did you raise this claim in a habeas petition to the California Supreme Court? ☐ Yes ☐ No

e. Ground five: _____

    (1) Supporting FACTS: _____

    (2) Did you raise this claim on direct appeal to the California Court of Appeal? ☐ Yes ☐ No

    (3) Did you raise this claim in a Petition for Review to the California Supreme Court? ☐ Yes ☐ No

    (4) Did you raise this claim in a habeas petition to the California Supreme Court? ☐ Yes ☐ No

9. If any of the grounds listed in paragraph 8 were not previously presented to the California Supreme Court, state briefly which grounds were not presented, and give your reasons: _____

_____

_____

10. Have you previously filed any habeas petitions in any federal court with respect to this judgment of conviction?
☐ Yes ☐ No

    If so, give the following information for each such petition *(use additional pages, if necessary, and attach copies of the petitions and the rulings on the petitions if available)*:

  a. (1) Name of court: _____

    (2) Case number: _____

    (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

    (4) Grounds raised *(list each)*:

      (a) _____

      (b) _____

      (c) _____

      (d) _____

      (e) _____

      (f) _____

    (5) Date of decision: _____

    (6) Result _____

_____

    (7) Was an evidentiary hearing held? ☐ Yes ☐ No

  b. (1) Name of court: _____

    (2) Case number: _____

    (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

    (4) Grounds raised *(list each)*:

      (a) _____

      (b) _____

      (c) _____

      (d) _____

      (e) _____

      (f) _____

    (5) Date of decision: _____

(6) Result _____

_____

(7) Was an evidentiary hearing held?   ☐ Yes ☐ No

11. Do you have any petitions now pending (i.e., filed but not yet decided) in any state or federal court with respect to this judgment of conviction?   ☐ Yes   ☐ No

If so, give the following information *(and attach a copy of the petition if available)*:

(1) Name of court: _____
(2) Case number: _____
(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____
(4) Grounds raised *(list each)*:

(a) _____
(b) _____
(c) _____
(d) _____
(e) _____
(f) _____

12. Are you presently represented by counsel?   ☐ Yes ☐ No

If so, provide name, address and telephone number: _____

_____

_____

WHEREFORE, petitioner prays that the Court grant petitioner all relief to which he may be entitled in this proceeding.

_____
*Signature of Attorney (if any)*

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on _____     _____
              *Date*                          *Signature of Petitioner*

Case 2:20-cv-00421-DSF-MAR    Document 13-1    Filed 04/05/21    Page 12 of 16    Page ID #:124

|  |
|---|
| *Petitioner* |

|  |
|---|
| *Respondent(s)* |

**ELECTION REGARDING
CONSENT TO PROCEED BEFORE
A UNITED STATES MAGISTRATE JUDGE**

- A magistrate judge is available under 28 U.S.C. § 636(c) to conduct all proceedings in this case, including dispositive matters and entry of final judgment. However, a magistrate judge may be assigned to rule on dispositive matters only if all parties voluntarily consent.

- Parties are free to withhold consent to magistrate judge jurisdiction without adverse substantive consequences.

- If both parties consent to have a magistrate judge decide the case, any appeal would be made directly to the Ninth Circuit Court of Appeals, as if a district judge had decided the matter.

- Unless both parties consent to have a magistrate judge decide the case, the assigned magistrate judge will continue to decide only non-dispositive matters, and will issue a Report and Recommendation to the district judge as to all dispositive matters.

*Please check the "yes" or "no" box regarding your decision to consent to a United States Magistrate Judge and sign below.*

☐ Yes, I voluntarily consent to have a United States Magistrate Judge conduct all further proceedings in this case, decide all dispositive and non-dispositive matters, and order the entry of final judgment.

☐ No, I do not consent to have a United States Magistrate Judge conduct all further proceedings in this case.

Executed on _____      _____
                              *Date*                                                 *Signature of Petitioner/Counsel for Petitioner*

_____
_Petitioner_

_____
_Respondent(s)_

**DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
_IN FORMA PAUPERIS_**

I, _____, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?  ☐ Yes   ☐ No

    a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____
    _____

    b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _____

2. Have you received, within the past twelve months, any money from any of the following sources?
    a. Business, profession or form of self-employment?   ☐ Yes   ☐ No
    b. Rent payments, interest or dividends?   ☐ Yes   ☐ No
    c. Pensions, annuities or life insurance payments?   ☐ Yes   ☐ No
    d. Gifts or inheritances?   ☐ Yes   ☐ No
    e. Any other sources?   ☐ Yes   ☐ No

    If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months: _____
    _____
    _____

3. Do you own any cash, or do you have money in a checking or savings account?  _(Include any funds in prison accounts)_
    ☐ Yes   ☐ No

If the answer is yes, state the total value of the items owned: _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? *(Excluding ordinary household furnishings and clothing)*  ☐ Yes   ☐ No

    If the answer is yes, describe the property and state its approximate value: _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: _____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.
Executed on _____        _____
                  *Date*                                    *Signature of Petitioner*

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $ _____ on account to his credit at the _____ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution: _____

_____        _____
*Date*                                    *Authorized Officer of Institution/Title of Officer*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|                      | CASE NUMBER                                                 |
|----------------------|-------------------------------------------------------------|
| Plaintiff(s),        |                                                             |
| v.                   |                                                             |
| Defendant(s).        | NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: (*Check one*)

☐   This action is dismissed by the Plaintiff(s) in its entirety.

☐   The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐   The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐   The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐   **ONLY** Defendant(s) _____

    is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____ .

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

_____          _____
*Date*                            *Signature of Attorney/Party*

NOTE:   ***F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.***

***F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.***

CV-09 (03/10)          **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)**