JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE WOLFE,<br><br>Petitioner,<br><br>v.<br><br>ARIZONA CUSTODY PROBATION COMPACT, ET AL.,<br><br>Respondent(s). | Case No. 2:20-cv-421-DSF (MAR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that this action is **DISMISSED** without prejudice.

Dated: July 19, 2021

_____
HONORABLE DALE S. FISCHER
United States District Judge